■ CLEARVIEW GARDENS FIRST CORPORATION et al., Respondents, v. LITTLE BAY CONSTRUCTION CORPORATION et al., Appellants. LITTLE BAY CONSTRUCTION CORPORATION, Third-Party Plaintiff, v. MASTER CONTRACTING CORP. et al., Third-Party Defendants.— Appeal from an order granting respondents' motion to restore this action to the jury reserve calendar and directing the County Clerk of Queens County to file respondents' statement of readiness. Appeal dismissed, with $10 costs and disbursements. The order is not appealable (Civ. Prac. Act, § 609). No substantial rights of appellants have been affected by the restoration of the case to the jury reserve calendar. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ FILOMENA COSTANTINI, Respondent, v. RICCARDO COSTANTINI, Appellant.— Appeal from an order denying a motion to vacate, discharge and cancel of record a judgment granting respondent an annulment of her marriage to appellant. The motion, which was returnable more than one year after the judgment became final, sought to vacate the judgment so that respondent may be directed to file findings of fact and conclusions of law. Order affirmed, with $10 costs and disbursements. The written decision of the trial court constituted a determination of all the essential elements required for the entry of judgment and directed the entry thereof. No formal findings of fact or conclusions of law were required under section 440 of the Civil Practice Act. (*Metropolitan Life Ins. Co.* v. *Union Tr. Co.*, 294 N. Y. 254; *Matter of Joroco Silk Corp.* v. *Nova*, 265 App. Div. 1061; *Manzo* v. *Manzo*, 1 A D 2d 678.) Furthermore the motion was not timely made (Civ. Prac. Act, § 521). Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.